IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JA RAF MUINA | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 3-09-CV-0364-K |
| | § | |
| THE KKK ST. JOE PAPER CO., | § | |
| ET AL. | § | |
| | § | |
| Defendants. | § | |

## ORDER

After conducting a review of the pleadings, files and records in this case, and the Findings and Recommendation of the United States Magistrate Judge in accordance with 28 U.S.C. § 636(b)(1), I am of the opinion that the Findings and Recommendation of the Magistrate Judge are correct, and they are hereby accepted as the Findings of the Court.

Plaintiff's filings of May 20, 2009, (Motion for Criminal Charges); May 26, 2009, (Further Motion for Criminal Contempt); May 26, 2009, (Motion for Ten Days Continuance to Respond to Judge Kaplan or Magistrate Recommendation), are **PATENTLY FRIVOLOUS and are therefore DENIED**.

Even in the event the Court gave Plaintiff Muina an additional ten days to file Objections to the Findings and Recommendation of the Magistrate Judge, they would be **OVERRULED** because not one of plaintiff's filings in this case thus far has made is even close to being comprehendible.

Finally, Muina is warned that the filing of any additional frivolous lawsuits in future may result in the imposition of **SANCTIONS**, including an order barring him from the filing of any civil actions without paying the required filing fee or obtaining prior authorization from a district judge or magistrate judge.

SO ORDERED.

Signed this 1st day of June, 2009.

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE